UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No._____

MSC CRUISES (USA), INC., and
MSC CRUISES, S.A.

    Plaintiffs,

v.

COUPLES CRUISE, LLC and
ROBERT HANNAFORD

    Defendants,
_____/

**COMPLAINT AND REQUEST TO ENFORCE
STIPULATION FOR ENTRY OF FINAL JUDGMENT**

Plaintiffs, MSC CRUISES (USA), INC. ("MSC USA") and MSC CRUISES, S.A. ("MSC") (collectively also "Plaintiffs"), file this Complaint against Defendants COUPLES CRUISE, LLC ("COUPLES") and ROBERT HANNAFORD ("HANNAFORD") (collectively also "Defendants"), and alleges as follows:

**PRELIMINARY ALLEGATIONS**

1. This matter in controversy exceeds, exclusive of interest and costs, $75,000.

2. Defendants, at all times material hereto, personally or through an agent:

   a. Operated, conducted, engaged in or carried on a business venture in this state and/or county or had an office or agency in this state and/or county;

   b. Were engaged in substantial activity within this state;

   c. Committed one or more acts stated in Florida Statutes, §§ 48.181 or 48.193;

    d.   The acts of Defendants set out in this Complaint occurred in whole or in part in this county and/or state.

3.   Defendants are subject to the jurisdiction of the Courts of this State.

4.   Plaintiff MSC USA is a Florida corporation with its principal place of business in Broward County, Florida. MSC USA is in the business of selling cruises in the North American market for passage onboard cruise ships operated by MSC.

5.   Plaintiff MSC is a Swiss corporation based in Geneva, Switzerland.

6.   Defendant COUPLES is a Louisiana corporation with its principal place of business in New Orleans, Louisiana.

7.   Defendant HANNAFORD is the owner and president of COUPLES. HANNAFORD is a resident of Louisiana.

8.   HANNAFORD and COUPLES worked together with MSC USA to charter cruises on ships operated by MSC.

9.   On or about July 10, 2014, Plaintiffs and Defendants entered into a Charter Party agreement ("Charter Party") for Defendants to charter the vessel *MSC Divina* for a voyage commencing on or about April 16, 2016.

10.   The Charter Party provided that Defendants would pay Plaintiffs, in addition to other sums, $294,168 for Service Charges ("Service Charge") and $210 per missing guest if the vessel sailed with less than 3,502 guests.

11.   The charter voyage ultimately sailed with 2,324 guests and therefore $247,380 is owed for Onboard Revenue Target Fees ("OBR") pursuant to the Charter Party.

12.   The Defendants have failed to pay the Service Charge and the Onboard Revenue Target Fee despite repeated demands.

13. The Defendants owe the Plaintiffs the $294,168 Service Charge and the $247,380 OBR for a grand total of $541,548. *See* Affidavit of Oren Galasa and Invoices attached to the Affidavit, attached hereto as Exhibit 1.[1]

14. In anticipation of this breach of contract and failure to pay and in consideration for not cancelling the charter, the Plaintiffs and the Defendants executed a Stipulation for Entry of Final Judgment ("Stipulation"). *See* Stipulation for Entry of Final Judgment, attached hereto as Exhibit 2. The Stipulation allows this Court to enter final judgment in favor of the Plaintiffs for the total amount of $541,548 plus interest at the federal judgment rate to be calculated from March 3, 2016, plus legal fees and court costs.

## COUNT I
## ENFORCEMENT OF THE STIPULATION FOR ENTRY OF FINAL JUDGMENT

15. Plaintiffs reallege, incorporate by reference, and adopt paragraphs 1 through 14 as though originally alleged herein.

16. The Stipulation entered into by the Plaintiffs and Defendants allows the Court to enter final judgment in favor of the Plaintiffs for the total amount of $541,548 plus interest at the federal judgment rate to be calculated from March 3, 2016, plus legal fees and court costs.

**WHEREFORE**, Plaintiffs request the Court enter an Order of Final Judgment for the Plaintiffs in the amount of $541,548 plus interest at the federal judgment rate to be calculated from March 3, 2016, plus legal fees and court costs.

---

[1] Defendants also owe additional sums to MSC which are not the subject of the Stipulation for Entry of Judgment and those sums are therefore not included in this Action. MSC reserves its right to seek these additional sums in a separate action.

3

Dated: May 12, 2017
       Miami, Florida

                                          Respectfully submitted:

                                    **MALTZMAN & PARTNERS, P.A.**

By:    */s/ Jeffrey B. Maltzman*
          Jeffrey B. Maltzman
          Florida Bar No. 0048860
          jeffreym@maltzmanpartners.com
          55 Miracle Mile, Suite 300
          Coral Gables, Florida 33134
          Tel: (305) 779-5665
          Fax: (305) 779-5664